JH

**RECEIVED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUL 16 2007
Jul. 16, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JOHNNY GURLEY
ANTONIO HUDSON

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

CHICAGO POLICE DEPT.
LT. VICTOR MITKAL #570
OFC. BATER #12326
SUPT. PHILLIP J. CLINE

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**07CV3987**
**JUDGE KENDALL**
**MAG. JUDGE COLE**

Case
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

__X__      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: JOHNNY GURLEY

B. List all aliases: _____

C. Prisoner identification number: 156282

D. Place of present confinement: OZAUKEE COUNTY JAIL

E. Address: P.O. Box 245 Port Washington, WI 53074-024

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: PHILLIP J. CLINE CHICAGO POLICE DEPARTMENT

Title: SUPERINTENDENT

Place of Employment: 3510 S. Michigan, Chicago, IL 60653

B. Defendant: LT. VICTOR MITKAL #570 - C.P.D.

Title: LIEUTENANT OF THE CHICAGO POLICE DEPARTMENT

Place of Employment: 3510 S. Michigan Ave. Chicago, IL 60653

C. Defendant: OFFICER BAIER #12326 - C.P.D.

Title: OFFICER OF THE CHICAGO POLICE DEPARTMENT

Place of Employment: 3151 W. Harrison Chicago, IL 60624

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

I. Plaintiff(s)

A. Name: Antonio Hudson

B. List All Aliases: N/A

C. Prisoner Identification Number: N/A

D. Place of Present Confinement: N/A

E. Address: 8017 S. Drexel Chicago, IL 60619

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES ( ) NO (X) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES ( ) NO ( )

C. If your answer is **YES**:

1. What steps did you take?

_____

_____

_____

2. What was the result?

_____

_____

_____

_____

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

_____

_____

_____

D. If your answer is **NO**, explain why not:

_____

_____

_____

3

E. Is the grievance procedure now completed? YES ( ) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (X) NO ( )

G. If your answer is **YES**:

1. What steps did you take?
   ON NUMEROUS OCCASIONS, I HAVE WRITTEN THE CHICAGO P.D., LT. MITKAL, AND OFC. BAIER AND I STILL HAVEN'T GOTTEN ANY RESPONSE. I ALSO WROTE O.P.S. REGARDING THE SITUATION.

2. What was the result?
   NO RESPONSE FROM ANY REPRESENTATIVES OF THE CHICAGO POLICE DEPARTMENT.

H. If your answer is **NO**, explain why not:

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: JOHNNY GURLEY V. MICHAEL SHEAHAN, ET AL   06 C 3454

B. Approximate date of filing lawsuit: JULY 26, 2006

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: JOHNNY GURLEY

D. List all defendants: THOMAS DART, JOSEPH SHAUGHNESSY, SCOTT KURTOVICH, SUPT. ARDELL HALL, MICHAEL SHEAHAN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT

F. Name of judge to whom case was assigned: REBECCA R. PALLMEYER

G. Basic claim made: CONSTITUTIONAL RIGHTS VIOLATED BY INHUMANE CONDITIONS OF CONFINEMENT.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): STILL PENDING

I. Approximate date of disposition: UNKNOWN

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## V. Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

IN JULY 2005, THREE CHICAGO POLICE DEPARTMENT DETECTIVES ARRIVED AT MY APARTMENT AT 7910 S. RIDGELAND AT APPROXIMATELY 10:50 A.M. THE DOOR WAS ANSWERED BY MY FRIEND (ANTONIO HUDSON) WHO WAS VISITING. THEY SAID THEY HAD A TRAFFIC WARRANT FOR ME IN WHICH I HAD NOT BEEN INVOLVED IN ANY ACCIDENT. WHEN MR. HUDSON OPENED THE DOOR, THE DETECTIVES CAME IN, HANDCUFFED MR. HUDSON AND STARTED QUESTIONING HIM WHILE TWO OTHER DETECTIVES SEARCHED THE APARTMENT. MR. HUDSON WAS HANDCUFFED APPROXIMATELY 6 TO 7 HOURS WHICH IS INAPPROPRIATE. NO SEARCH WARRANT FOR 7910 S. RIDGELAND WAS EVER PRODUCED UNTIL APPROXIMATELY 7:00 P.M. WHEN THE WARRANT WAS BROUGHT, ALL OF MY COMPUTER EQUIPMENT AND COMPUTER RELATED ITEMS WERE CONFISCATED. NO COPY OF A SEARCH WARRANT OR INVENTORY SLIP WAS LEFT AT THE PREMISES.

1) CHICAGO POLICE DEPARTMENT VIOLATED MR. JOHNNY GURLEY'S FOURTH AMENDMENT RIGHTS BY THE ILLEGAL

6

Search of the premises located at 7910 S. Ridgeland.

2) Chicago Police Department never served the warrant to Mr. Gurley before commencing the search.

3) Chicago Police Department violated Mr. Antonio Hudson's Fourth Amendment rights by seizing him and searching for no apparent reason.

4) There may be additional defendants added at a later date who are the officers, detectives, and sergeant who were involved with the search.

5) Lt. Mitkal has failed to respond in an attempt to get the information needed for the return of the confiscated property.

6) Ofc. Baier has not responded to numerous requests from the plaintiff about recovering the confiscated property.

7) Supt. Cline has failed to follow through on the letter I sent him regarding the actions of the officers and supervisors involved.

7

**VI.  Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

1) To be compensated for the mental anguish, cruel punishment, and suffering that was sustained during the ordeal.

2) To have the items that were confiscated returned back to Mr. Gurley or have Mr. Gurley reimbursed for the total of computer equipment which amounts to approximately $12,000.00.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  07  day of  June , 20 07

*Johnny Hurley*
*Antonio Hudson*
(Signature of plaintiff or plaintiffs)

JOHNNY GURLEY
(Print name)

156282
(I.D. Number)

P.O. Box 245
Port Washington, WI 53074-0245
(Address)

8